

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00516-CR

Kedreen Marque **PUGH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6053
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

SIGNED April 15, 2020.

Sandee Bryan Marion, Chief Justice